IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BEVERLY D. BURKETT                                                                                    PLAINTIFF

v.                                        No. 5:11CV00170 JLH

THOMAS J. VILSACK, in his official capacity
as Secretary, U.S. DEPARTMENT OF AGRICULTURE                              DEFENDANT

## ORDER

Linda Newkirk has filed a motion to dismiss the complaint against her, arguing that the plaintiff's sole remedy is under Title VII, and the only proper defendant is Thomas Vilsack, in his official capacity as Secretary of the Department of Agriculture. The plaintiff has not responded to the motion to dismiss. The motion to dismiss appears to be meritorious and therefore, without objection, will be granted. Document #5. Beverly Burkett's claims against Linda Newkirk, in her individual and official capacity as State Director of the Farm Service Agency for the Department of Agriculture, are dismissed.

IT IS SO ORDERED this 30th day of November, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE