**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BEVERLY D. BURKETT**                                                                 **PLAINTIFF**

**v.**                                          **Case No.  5:11-cv-00170-KGB**

**THOMAS J. VILSACK, In His Official Capacity
as Secretary, U. S. DEPARTMENT OF AGRICULTURE**                     **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the Order and Opinion that was entered on September 26th, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this the 27th day of September, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE